

Vamsidhar VURIMINDI

v.

Hon. Sheila WOODS–SKIPPER, Hon. Diana Anhalt, Clerk, Ct. Com. Pl, Phila, Ct. Com. Pl, Phila

No. 74 EM 2017

Supreme Court of Pennsylvania.

August 1, 2017

### ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Review, Injunction and Declaratory Relief is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Geoge BOCHETTO, as Administrator of the Estates of Andrew Miller, Deceased, Dennis Falize, Deceased and Javier Terron Sancho, Deceased and Mark Miller and Susan Marie Miller, Dirk Jan Falize, Karin Den Turk and Jose M. Terron Sancho, Petitioners

v.

DIMELING, SCHREIBER & PARK, and American Capital Strategies, Ltd, and Continental Motors, Inc., f/k/a Teledyne Continental Motors, and Teledyne Technologies, Inc., and Tdy Industries, Inc., and Allegheny Technologies, Inc., and Allegheny Teledyne, Inc., and Piper Aircraft Corporation, and Honeywell International, Inc., f/k/a Allied-Signal, Inc., Respondents

No. 6 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

### ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.